IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH LaTOURELLE, | No. CIV S-10-2667-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| TERRY BARBER, et al., | |
| Defendants. | |
| _____/ | |

     Plaintiff, who is proceeding pro se, brings this civil rights action.  Good cause appearing therefor, the scheduling conference set for February 10, 2011, before the undersigned in Redding, California, is vacated pending final resolution of defendants' motion to dismiss.

     IT IS SO ORDERED.

DATED: January 20, 2011

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE