1  PHILIP B. PRICE, SBN 32620
   PRICE & BROWN
2  Attorneys at Law
   466 Vallombrosa Avenue
3  P. O. Box 1420
   Chico, California  95927
4  Telephone: (530) 343-4412
   Facsimile:  (530) 343-7251
5  Email: philpblaw@sunset.net

6  THOMAS P. GUARINO, SBN 149409
   Siskiyou County Counsel
7  P. O. Box 659
   Yreka, California  96097
8  Telephone: (530) 842-8100
   Facsimile:  (530) 842-7032
9
   Attorneys for Defendants TERRY BARBER, the COUNTY OF SISKIYOU and the
10 SISKIYOU COUNTY BOARD OF SUPERVISORS

11
                        **UNITED STATES DISTRICT COURT**
12
                         **EASTERN DISTRICT OF CALIFORNIA**
13

14 RUTH LaTOURELLE,                         Case No. 2:10-CV-2667 MCE CMK PS

15                  Plaintiff,

16                                          EX PARTE APPLICATION,
     vs.                                    STIPULATION AND ORDER
17                                          EXTENDING TIME TO AMEND
                                            COMPLAINT AND TO RESPOND
18                                          TO AMENDED COMPLAINT
   TERRY BARBER, WAYNE VIRAG,
19 COUNTY OF SISKIYOU and SISKIYOU
   COUNTY BOARD OF SUPERVISORS,
20
                    Defendants.
21 _____/

22                              STIPULATION

23         Whereas on January 21, 2011 this court issued its Findings and

24 Recommendations (Doc 11) on defendants' Motion to Dismiss (Doc 5) granting said

25 motion in part and denying said motion in part;

26         Whereas plaintiff filed Objections (Doc 12) to said Findings and

27 Recommendations (Doc 11);

28         Whereas, on March 31, 2011 District Judge Morrison C. England, Jr., filed

his Order (Doc 14) adopting said Findings and Recommendations, in part and rejecting them in part;

Whereas, said Order (Doc 14) granted plaintiff leave to file and amended complaint within 30 days of the electronic filing of said Order;

Whereas, said Order (Doc 14) was electronically filed on March 31, 2011 30 days from which is April 30, 2011, a Saturday, so that pursuant to Rule 6 (a)(1)(C) the last day for plaintiff to file her amended complaint is Monday, May 2, 2011;

Whereas, defendants attorneys will be out of the country on a pre-paid vacation between May 1, 2011 and May 15, 2011 and does not expect to return to his office until Tuesday May 17, 2011 and will, therefore, be unavailable to prepare a responsive pleading to said amended complaint, if filed on May 2, 2011, during the time provided by Rule 15 (a)(3) of the Federal Rules of Civil Procedure;

Whereas defendants filed herein on April 13, 2011 an Exparte Application (Doc 16) and supporting Declaration (Doc 16-1) requesting and extension of time to respond to plaintiff's amended complaint, which this Stipulation and Order, if granted will render moot;

Whereas, plaintiff desires additional time to prepare her amended complaint;

Whereas, defendants have filed an answer (Doc 15) to such part of plaintiff's original complaint not dismissed by said Order (Doc 14);

Whereas, no prior extensions of time have been granted or stipulated to;

NOW THEREFORE the parties stipulate as follows and request the court to so order:

1. Plaintiff's time to file her amended complaint is extended to May 16, 2011;
2. Defendants' time to file a responsive pleading to plaintiff's amended complaint (whether filed on or before May 16, 2011) is extended to May 31, 2011.

Dated: April ___, 2011

_____
Ruth LaTourelle, Plaintiff

2

APPLICATION, STIPULATION AND ORDER TO EXTEND TIME

Dated: April ___, 2011		PRICE & BROWN

By: _____
Philip B. Price, Attorneys for Defendants
Terry Barber, County of Siskiyou, and
Siskiyou County Board of Supervisors

## ORDER

The Court having read the above Ex Parte application and stipulation and the Ex Parte Application (Doc 16) and supporting Declaration (Doc 16-1) of defendants, filed herein on April 13, 2011, and good cause appearing therefor:

IT IS SO ORDERED.

DATED: April 19, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE