# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RUTH LaTOURELLE,  No. CIV S-10-2667-MCE-CMK

    Plaintiff,

  vs.  ORDER

TERRY BARBER, et al.,

    Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil rights action. Pending before the court is defendants' request (Doc. 30) for an extension of time to respond to any second amended complaint plaintiff may file in compliance with the court's March 29, 2012, order. In that order, the District Judge dismissed the operative pleading and directed plaintiff to file a second amended complaint within 30 days of the date of the order setting forth all remaining claims in a single pleading. Good cause appearing therefor, defendants' request for an extension of time will be granted. If plaintiff files a second amended complaint by the deadline imposed in the March 29, 2012, order, defendants' response shall be due by May 31, 2012. If plaintiff does not file a timely second amended complaint as directed, defendants shall not be required to take any further action unless otherwise ordered.

1

1       Accordingly, IT IS HEREBY ORDERED that, if plaintiff filed a timely second amended complaint, defendants' response thereto shall be due by May 31, 2012.

DATED: April 25, 2012

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE