1  PHILIP B. PRICE, SBN 32620
   PRICE & BROWN
2  Attorneys at Law
   466 Vallombrosa Avenue
3  P. O. Box 1420
   Chico, California  95927
4  Telephone: (530) 343-4412
   Facsimile: (530) 343-7251
5  Email: philpblaw@sunset.net

6  THOMAS P. GUARINO, SBN 149409
   Siskiyou County Counsel
7  P. O. Box 659
   Yreka, California  96097
8  Telephone: (530) 842-8100
   Facsimile: (530) 842-7032
9
   Attorneys for Defendants TERRY BARBER, the COUNTY OF SISKIYOU and the
10 SISKIYOU COUNTY BOARD OF SUPERVISORS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH LaTOURELLE, | Case No. 2:10-CV-2667 MCE CMK PS |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE SECOND AMENDED COMPLAINT; ORDER |
| TERRY BARBER, WAYNE VIRAG, COUNTY OF SISKIYOU and SISKIYOU COUNTY BOARD OF SUPERVISORS, | |
| Defendants. / | |

Whereas the Judge herein, filed an Order (Document 29) herein granting defendants' Motion to Dismiss, in part, on March 29, 2012.

Whereas said order directed plaintiff to file a Second Amended Complaint within 30 days of the date said Order was electronically filed (March 29, 2012), which would be April 28, 2012.

Whereas plaintiff, representing herself, needs additional time to prepare her Second Amended Complaint and since counsel for said defendants will be out of the country on a pre-paid vacation between April 28, 2012 and May 13, 2012 she requests

that her time to file her Second Amended Complaint be extended to May 14, 2012, the date defendants' counsel will return;

Whereas, since defendants counsel will not be available to see or respond to it before that date, he cannot have and has no objection thereto.

NOW THEREFORE, the parties hereby stipulate that plaintiff's time to file her Second Amended Complaint be extended from April 28, 2012 to May 14, 2012.

Dated: April ___, 2012  
_____  
Ruth LaTourelle, Plaintiff

Dated: April 26, 2012        PRICE & BROWN

By:   /s/Philip B. Price_____  
Philip B. Price, Attorneys for Defendants Terry Barber, County of Siskiyou, and Siskiyou County Board of Supervisors

## ORDER

The Court having read the above stipulation and good cause appearing therefor:

IT IS SO ORDERED.

DATED: April 30, 2012

_____  
**CRAIG M. KELLISON**  
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION TO EXTEND TIME TO AMEND; ORDER