UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH LATOURELLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TERRY BARBER, ET AL.,<br><br>　　　　Defendants. | No. 2:10-cv-02667-MCE-CMK<br><br>**ORDER CONTINUING TRIAL** |

YOU ARE HEREBY NOTIFIED the jury trial is scheduled on **December 14, 2015**, at **9:00 a.m.,** in Courtroom 7. The parties shall file trial briefs not later than **September 17, 2015**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the Final Pretrial Conference is scheduled on **October 1, 2015**, at **2:00 p.m.,** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **September 10, 2015** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

///

///

///

///

Any evidentiary or procedural motions are to be filed by **September 10, 2015**. Oppositions must be filed by **September 17, 2015** and any reply must be filed by **September 24, 2015.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

DATED: March 18, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT