**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli, SBN: 131192 - domenics@sdnlaw.com
Jarrett S. Osborne-Revis: 289193 - jarretto@sdnlaw.com
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

**ATTORNEYS FOR DEFENDANTS**
**TERRY BARBER and COUNTY OF SISKIYOU**

**Attorney at Law LLC**
Thomas Dimitre, SBN: 276924 - dimitre@mind.net
P.O. Box 801
Ashland, OR 97530
Telephone: (541) 890-5022
Facsimile: (541) 488-4601

Attorney for Plaintiff,
**RUTH LaTOURELLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH LaTOURELLE, | Case No.: 2:10-CV-2667 MCE CMK |
| Plaintiff, | **JOINT STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULES 270 AND 271** |
| vs. | |
| TERRY BARBER, COUNTY OF SISKIYOU, SISKIYOU COUNTY BOARD OF SUPERVISORS, | Trial Date: December 14, 2015 |
| Defendants. _____/ | |

//
//
//
//
///
///
///

Defendants, TERRY BARBER and COUNTY OF SISKIYOU, and Plaintiff RUTH LaTOURELLE, through the undersigned counsel of record, hereby stipulate and request a settlement conference pursuant to Local Rules 270.

**SO STIPULATED:**

Dated: June 17, 2015

**SPINELLI, DONALD & NOTT**
A Professional Corporation

By: /s/ *Jarrett S. Osborne-Revis*
  Domenic D. Spinelli
  Jarrett S. Osborne-Revis
  Attorneys for Defendants COUNTY OF
  SISKIYOU and TERRY BARBER

**THOMAS DIMITRE, ATTORNEY AT LAW LLC**

Dated: June 17, 2015

By: /s/ *Thomas N. Dimitre*
  Thomas N. Dimitre,
  Attorney for Plaintiff,
  RUTH LaTOURELLE

# ORDER

Based on the Joint Stipulation of the parties, this matter is hereby referred to the Court's Alternative Dispute Resolution Division to schedule a settlement conference before a magistrate judge. The assigned magistrate judge will issue a scheduling order for the settlement conference, and counsel is instructed to have a principal with full settlement authority present at the conference or to be fully authorized to settle the matter on any terms. The parties are ordered to file status reports with this Court not later than seven days after the conclusion of the settlement conference.

IT IS SO ORDERED.

Dated: June 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**JOINT STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE**

SPINELLI, DONALD & NOTT