1  SPINELLI, DONALD & NOTT
   A Professional Corporation
2  Domenic D. Spinelli, SBN: 131192
   Jarrett S. Osborne-Revis: 289193
3  815 S Street, Second Floor
   Sacramento, CA 95811
4  Telephone: (916) 448-7888
   Facsimile: (916) 448-6888
5  Email: DomenicS@SDNLaw.com
   Email: JarrettO@SDNLaw.com
6
7  Attorneys for Defendants
   TERRY BARBER, COUNTY OF SISKIYOU and
   SISKIYOU COUNTY BOARD OF SUPERVISORS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH LaTOURELLE,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY BARBER, COUNTY OF SISKIYOU, SISKIYOU COUNTY BOARD OF SUPERVISORS,<br><br>Defendants. | Case No.: 2:10-CV-2667 MCE CMK<br><br>**STIPULATION AND ORDER OF DISMISSAL [28]**<br><br>Trial: December 14, 2015 |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)1(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to Plaintiff RUTH LATOURELLE and Defendants, TERRY BARBER, COUNTY OF SISKIYOU and SISKIYOU COUNTY BOARD OF SUPERVISORS.

IT IS SO STIPULATED.

DATE: October 13, 2015         THOMAS DIMITRE, ATTORNEY AT LAW LLC


By:  */s/ Thomas Dimitre*
   Thomas Dimitre, Esq.
   Attorneys for Plaintiff,
   Ruth LaTourelle


DATE: October 13, 2015         SPINELLI, DONALD & NOTT


By:  */s/ Domenic D. Spinelli*
   Domenic D. Spinelli, Esq.
   Jarrett S. Osborne-Revis, Esq.
   Attorneys for Defendants,
   Terry Barber, County of Siskiyou and
   Siskiyou County Board of Supervisors

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to Plaintiff RUTH LATOURELLE and Defendants, TERRY BARBER, COUNTY OF SISKIYOU and SISKIYOU COUNTY BOARD OF SUPERVISORS. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 13th day of October, 2015

*David O. Carter*
THE HONORABLE DAVID O. CARTER